UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HOSGAN TAVIRA ESCALON, ET AL.,                    25-cv-9954 (JGK)

                    Plaintiffs,                    ORDER

          - against -

MILAN PIZZA CORP., ET AL.,
                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the deadline for Defendants Milan Pizza Corporation and Bronx Slice Pizza Corporation to answer or respond to the plaintiff's complaint was December 24, 2025. The deadline for Defendants Ibrahim Al Hudais and Ahmed Toule to answer or respond was December 29, 2025. To date, no answers have been filed.

     The time for the defendants to answer or respond to the complaint is extended to **January 20, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

     The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **January 12, 2026.**

SO ORDERED.

Dated:    New York, New York
          January 6, 2026

                                        _____
                                           John G. Koeltl
                                        United States District Judge