UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOSGAN TAVIRA ESCALON, et al,

                    Plaintiff(s)

          -against-

MILAN PIZZA CORP, et al,

                    Defendant(s).
-------------------------------------------------------------X

                              25 civ 9954 (JGK)

## ORDER

The conference for Wednesday, April 15, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

                              **JOHN G. KOELTL**
                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      April 9, 2026