**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TAVIRA ESCALON et al.,

                          Plaintiff,                     **ORDER**

          -against-                **25-CV-9954 (JGK) (JW)**

MILAN PIZZA CORP. et al.,

                         Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 29, 2026 Judge Koeltl referred this case to this Court for General Pretrial. Dkt. No. 27. The Parties are to appear for an in-person conference to discuss an ongoing dispute and a potential settlement conference on **June 25, 2026 at 11:30 AM** in courtroom 228 at the Thurgood Marshall Courthouse located at 40 Foley Square. Each Party is to file a letter with the Court one week before the conference detailing the current disputes and outlining its position regarding the dispute.

SO ORDERED.

DATED:    New York, New York
            June 1, 2026

                                  _____
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge