**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HOSGAN TAVIRA ESCALON, ET AL.,**

**Plaintiffs,**

- against -

**MILAN PIZZA CORP., ET AL.,**

**Defendants.**

---

25-cv-9954 (JGK)

**Order**

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held May 29, 2026, the plaintiffs' request for leave to file an amended complaint is **granted**.

**SO ORDERED.**

Dated:    New York, New York
          June 18, 2026

_____
John G. Koeltl
**United States District Judge**