# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

_____

robert@faillacelaw.com

June 23, 2026

BY ECF
Hon. Judge Jennifer E. Willis
United States Magistrate Judge
Southern District of New York

Re:     *Tavira Escalon et al v. Milan Pizza Corp. et al*
        Index No.: 1:25-cv-09954-JGK

Your Honor:

This firm represents Plaintiffs in the above-referenced matter. With the consent of Defendants' counsel, we write to request an adjournment of the in-person conference scheduled for this Thursday, June 25 at 11:30AM. The reason for this request is that the undersigned has a deposition that day that cannot be adjourned. This is the first time the parties are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Sincerely,

The Parties failed to follow this Court's Order. The conference has been scheduled since June 1st and the Court required letters from the Parties by June 18th. Both Parties flouted the Court's Order and Plaintiff's counsel failed to request a timely adjournment. However, the conference is **ADJOURNED** to **July 16, 2026 at 10:30 AM in person.** The Parties are **required** to follow this Court's orders. Each Party must file a letter **one week** in advance of the conference outlining the outstanding issues and the Party's position.
SO ORDERED.

*/s/ Robert Jun*
Robert Jun, Esq.
Michael Faillace & Associates, P.C.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
June 23, 2026

*business in the State of New York*