UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOSGAN TAVIRA EXCELON ET AL.,

**PLAINTIFF,** **JOINT LETTER**

-against- Civil Action Number 1:25-cv-09954-JGK

MILAN PIZZA CORP., ET AL.,

**DEFENDANTS,**
-------------------------------------------------------------X

The plaintiff only worked ONE WEEK as this is a one man shift operation in a very small pizzeria. Plaintiff insisted on cash payment so as to avoid paying income taxes, and missed work without excuse or came late. There would be testimony from other workers, no books or time cards available as this business is now closed and records were lost. Additionally, there is another or was another labor case by the plaintiff which shows he allegedly worked at another business at the same time for which the plaintiff is seeking money damages. A nominal dollar amount might be offered to settle, if anything. Plaintiff also came to business asking to be made a partner, then stayed 2 months watching how business progressed. Plaintiff "Tavira" said he would get a worker at $800 per week but collected $1,400 and pocketed the difference. In fact, brought his wife to work one week who fought with customers, then quit. The current dispute centers around the Plaintiff's claim that defendant is contacting Plaintiff directly to settle the case out of court. Defendant's counsel has not encouraged this, as the parties are free to negotiate on their own. Finally, Defendant has stopped calling or texting the Plaintiff once this was brought to their attention.

Dated: June 23, 2026
Bronx, New York

[signature]

Bart Mayol, Esq.
180 EAST 162ND STREET, Ste 1F
Bronx, NY 10451
718-933-3633
bmayol@yahoo.com