# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

robert@faillacelaw.com

July 14, 2026

BY ECF
Hon. Judge Jennifer E. Willis
United States Magistrate Judge
Southern District of New York

Re: *Tavira Escalon et al v. Milan Pizza Corp. et al*
Index No.: 1:25-cv-09954-JGK

Your Honor:

This firm represents Plaintiffs in the above-referenced matter. With the consent of Defendants' counsel, we write to request that the in-person conference scheduled for July 16, 2026 at 10:30 AM be converted to a virtual conference. The parties are available between 1PM and 4PM that same day. The reason for this request is so that the parties can conserve and devote their resources and time towards potentially reaching a settlement in this matter. This is the first time the parties are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Sincerely,

*/s/ Robert Jun*
Robert Jun, Esq.
Michael Faillace & Associates, P.C.