**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
TAVIRA ESCALON et al.,

Plaintiff,

-against-

MILAN PIZZA CORP. et al.,

Defendant.
---------------------------------------------------------------X

**ORDER**

**25-CV-9954 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties were ordered to appear for a conference before this Court on July 16, 2026 at 10:30 AM. While Plaintiffs' counsel appeared, Defendants' attorney Bart Mayol failed to attend. Even worse, counselor Mayol provided no notice regarding his absence. The Court was only made aware of counselor Mayol's absence after the Court's deputy contacted Mayol asking about his whereabouts. This is completely disrespectful to the Court and to the parties involved. It goes without saying that in the future, the parties are required to attend scheduled conferences. If they for some reason cannot attend, they must provide notice to the Court in accordance with this Court's individual rules.

Because the Court finds that the parties have since resolved their outstanding discovery disputes, the July 16, 2026 conference is ADJOURNED *sine die.* The parties are of course welcome to raise ripe discovery disputes with the Court via letter motion to compel.

Lastly, to the extent the parties are interested in settlement, the Court will issue its standard settlement order.

SO ORDERED.

DATED: New York, New York
July 16, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge