# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

robert@faillacelaw.com


October 8, 2026

BY ECF
Hon. Judge Jennifer E. Willis
United States Magistrate Judge
Southern District of New York

Re: *Tavira Escalon et al v. Milan Pizza Corp. et al*
Index No.: 1:25-cv-09954-JGK

Your Honor:

This firm represents Plaintiffs in the above-referenced matter. We write jointly with Defendants' counsel to provide a status update. The parties have yet to do formal discovery in this matter. Accordingly, we propose the following discovery schedule:

- Initial Discovery Demands to be served by November 16, 2026;
- Discovery Responses to be served by December 16, 2026;
- Depositions to be completed by February 28, 2027;
- All discovery to be completed by April 31, 2026.

We thank the Court for its time and attention to this matter.

Sincerely,

*/s/ Robert Jun*
Robert Jun, Esq.
Michael Faillace & Associates, P.C.